# In the United States Court of Federal Claims

* * * * * * *

OGLALA SIOUX TRIBE, *

Plaintiff, * No. 05-1378L

v. * Filed: June 29, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint request to extend the temporary stay is GRANTED. Current filing deadlines will remain suspended. Counsel will file a joint status report on December 26, 2007 to inform the court how they wish to proceed.

s/ Robert H. Hodges, Jr.

Robert H. Hodges, Jr.
Judge