# In the United States Court of Federal Claims

* * * * * * *

OGLALA SIOUX TRIBE, *

Plaintiff, * No. 05-1378L

v. * Filed: August 27, 2008

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

This case was filed in 2005. The parties' joint motion to stay litigation to January 15, 2009 is GRANTED. This court remains available to hear plaintiff's case as soon as counsel are prepared to move forward.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge